UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARA CAWLEY-BRUSO, et al., | CASE NO. C19-478 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RAY KLEIN INC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiffs have filed a Motion to Strike Amended Answer and Counterclaim (Dkt. No. 12), asserting the Defendant's amended answer and counterclaim were filed without obtaining either the consent of Plaintiffs or leave from the Court as required by FRCP 15. Defendant's response is that it was informed by chambers staff that it was permissible to file amended pleadings prior to the amended pleadings deadline without need for a motion. Dkt. No. 13 at 1.

| | |
|---|---|
| 1 | With no interest in fixing fault for this misunderstanding, the Court informs all parties |
| 2 | that, following the 21st day after the docketing of a pleading, amended pleadings must be filed in |
| 3 | conformity with FRCP 15; i.e., either by agreement of both sides or with leave of the Court. The |
| 4 | Amended Answer and Counterclaim (Dkt. No. 11) is STRICKEN and Defendant will be |
| 5 | permitted to file a motion seeking leave to file the amended pleading. |
| 6 | |
| 7 | The clerk is ordered to provide copies of this order to all counsel. |
| 8 | Filed September 16, 2019. |

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk
