The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHARA CAWLEY-BRUSO and
MICHAEL BRUSO,

          Plaintiffs,

vs.

RAY KLEIN, INC. d/b/a PROFESSIONAL
CREDIT SERVICE,

          Defendant.

NO. 2:19-cv-00478-MJP

**STIPULATED MOTION TO EXTEND TRIAL AND RELATED DATES**

The Parties hereby jointly move the Court for an order amending the Trial and Related Dates in this matter, extending dates as listed below, and in the attached proposed order.

| | New Proposed Dates |
|---|---|
| Motions in Limine | March 30, 2020 |
| Agreed pretrial order due | April 28, 2020 |
| Trial Briefs, Proposed Findings of Fact, and Conclusions of Law | April 28, 2020 |
| Pretrial Conference | April 30, 2020 |
| Trial | June 1, 2020 |

The Parties have voluntarily agreed to attend mediation on March 17, 2020, and request the Court extend the remaining deadlines on the case schedule to avoid any unnecessary time and

PAGE –1 – STIPULATED MOTION TO AMEND CIVIL CASE SCHEDULE

1 | expense in preparing for trial while attempting to resolve the matter through settlement.
2 | Defendant's counsel further informs the Court that they are unavailable for trial for the week of
3 | May 11-15, 2020.
4 |     Accordingly, the Parties jointly request an extension of case deadlines. This motion is
5 | made in good faith and not for any improper purpose.

Dated this 7th of February, 2020

**ANDERSON SANTIAGO, PLLC**

By: /s/   Jason D. Anderson
T. Tyler Santiago, WSBA No. 46004
Jason D. Anderson, WSBA No. 38014
Attorneys for Plaintiff
787 Maynard Ave. S. #201
Seattle, WA 98104
(206) 395-2665
(206) 395-2719 (fax)


RAY KLEIN, INC. d/b/a PROFESSIONAL CREDIT SERVICE

/s/ Justin Murphy
Justin E. Murphy, WSBA#54392
Wade C. Isbell, WSBA# 52562
Professional Credit Service
12204 SE Mill Plaint Blvd., Suite 101
Vancouver, WA 98684
425-457-7470

PAGE –2 – STIPULATED MOTION TO AMEND CIVIL CASE SCHEDULE

The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHARA CAWLEY-BRUSO and MICHAEL BRUSO,

Plaintiffs,

v.

RAY KLEIN, INC. dba PROFESSIONAL CREDIT SERVICE,

Defendant.

Case No. 2:19-cv-00478-MJP

~~[PROPOSED]~~ ORDER

The Court has considered the Stipulated Motion to Extend Trial and Related Dates. For good cause shown:

IT IS ORDERED:

1. The Stipulated Motion to Extend Trial and Related Dates is granted.

2. The remaining deadlines in this matter are now:

| | |
|---|---|
| Motions in Limine | March 30, 2020 |
| Agreed pretrial order due | April 28, 2020 |
| Trial Briefs, Proposed Findings of Fact, and Conclusions of Law | April 28, 2020 |
| Pretrial Conference | May 19, 2020 at 1:30pm |
| Trial | June 1, 2020 |

ORDER – PAGE 1

PROFESSIONAL CREDIT SERVICE
12204 SE Mill Plain Blvd.
Vancouver, WA 98684
(425) 457-7470

DATED: February 13, 2020.

_____
Marsha J. Pechman
United States District Court Judge

Presented by:

Justin E. Murphy, WSBA #54392
jmurphy@professionalcredit.com
12204 SE Mill Plain Blvd., Suite 101
Telephone: (425) 457-7470
Attorney for Defendant

ORDER – PAGE 2

PROFESSIONAL CREDIT SERVICE
12204 SE Mill Plain Blvd.
Vancouver, WA 98684
(425) 457-7470

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on February 10, 2020, I electronically filed the foregoing Order with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

T. Tyler Santiago
tyler@alkc.net
Jason D. Anderson
Jason@alkc.net
Anderson Santiago, PLLC
787 Maynard Avenue S
Seattle, WA 98104
Attorneys for Plaintiffs

DATED: February 10, 2020         /s/ *Justin E. Murphy*
                                 Justin E. Murphy